# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

Gloriet Brown

    **Plaintiff**

VS

Hillsborough County
School Board

    **Defendant**

Case No. 8:16-cv-3057-T-35AEP

## RESPRECTFULLY, YOUR HONOR, THIS IS A NOTICE TO APPEAL

Respectfully, Plaintiff, Gloriet Brown Responds to the Court Concerning Your Honor's Decision to Dismiss Discrimination/ Retaliation Case and to Favor the Case with the Defendants, The School Board of Hillsborough County, Florida.

Respectfully Your Honor, your decision to dismiss this case and favor of the defendants literally devastated my whole being for to know that
The Truth did not prevail in one of the highest respectable courts in our Nation.

Respectfully Your Honor, this is notice that I am requesting an Civil Appeal. As stated on list of appealable Orders,

Appeals from final orders pursuant to 28 U.S.C. Section 1291: Only final orders and judgments of district courts, or final orders of bankruptcy courts which have



been appealed to and fully resolved by a district court under 28 U.S.C. Section 158, generally are appealable. A final decision is one that "ends the litigation on the merits and leaves nothing for the to do but execute the judgement." <u>Pitney Bowes, Inc V. Mestre</u> 701 F.2d 1365, 1368 (11th Cir.1983). A magistrate judge's report and recommendation is not final and appealable until judgment thereon is entered by a district court judge. 28 U.S.C. Section 636©

Respectfully Your Honor, this case should be appealed based on the directions and instructions that you, ( Judge) shared with Plaintiff and defendant's attorney, Chelsea Harrison. During our telephone conference that was held.

Your Honor, respectfully, during our telephone conference with You (Magistrate Judge Anthony E. Porcelli, Attorney Chelsea Harrison and myself (Plaintiff) concerning the defendant's refusal to release Productions.

Respectfully Your Honor, During the telephone conference, you shared with me the meaning of sharing production stating that this is important for it shows the strength of the case for as mediation or during trial.

Respectfully Your Honor, I had requested for your assistance to receive productions in which the Defendants had not disclosed. I never had the opportunity to share with you, even though you stated in the conference that this was the purpose of production, **Your Honor, after the telephone conference, I was left with the understanding that both parties would have the opportunity to present our productions and findings of our case. I was awaiting the time to present the productions and findings of the case to the court.**

Respectfully Your Honor, I have been hospitalized twice. During the Appeal process, I will share several proven facts that this case should be appealed for

justice to prevail. The reasons this case was dismissed was not justice. The case laws that the defendants presented was not accurate for this case. Why? The defendants admitted that they were wrong. The defendants, Mrs. Susan Valdes, School Board Member and Hillsborough County Schools Chief of Human Resource, Stephanie Woodford had a meeting with my husband and I and stated. "We're sorry this happened to you, Let's move forward."

Also, there are two issues that you should have ruled on.

The Retaliation and the Discrimination of Being Highly Qualified are two issues. Please take a moment and review the time line I presented to you.

Please take a moment and notice on the EEOC letter, I intentionally added, the District employees continue to not grant the Highly Qualified Status to me.

The Discrimination act occurred in 2015, just two months prior to receiving the EEOC letter.

Your Honor, Respectfully, how can an act be untimely when the postage stamp service clearly states the time of delivery.

Your Honor, as I stated, this is clearly not all the reasons for this case to be appealed, however, during and prior to the appeal, I will present to the court facts that were gathered during to present as production.

Your Honor, The Defendants, The Hillsborough County Public Schools admitted the wrong, then they found used the law to justify their continuing discrimination of minorities.

Your Honor, I stated to you, if I have lied, I should be charged with lying and misuse, disrespecting one of the Highest Courts in our Nation. The Defendants

have never stated I was not truthful, they only used the court to complete their Discrimination Acts.

The Defendants need to know that the eyes of the Lord is upon thee and God sees and knows everything. God Is Still In Charge.

Respectfully,

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on the 5 day, of April 2018, that a true and original copy was filed with the Clerk of Court and that a true and foregoing copy was sent to Defendant(s) The School Board of Hillsborough County, Florida, attorney, via e-mailed to attorney, /s/Chelsea C. Harrison.

*[signature]*

1108 Bartow Rd. B19
Lakeland, Fl 33801